JASON W. SHORT, SBN 263667
RENEE BELCASTRO, SBN 270492
PITE DUNCAN LLP
4375 Jutland Drive
Suite 200; P.O. Box 17934
San Diego, CA 92177-0934
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL D. BAHAN,<br><br>Defendant. | Case No.: 2:11-cv-01110-KJM-GGH<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND;** |
|---|---|

Having read and considered Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION'S (hereinafter "Plaintiff") application requesting an order shortening time for hearing on Plaintiff's motion to remand, and good cause appearing therefore,

IT IS ORDERED THAT:

1. The application is granted.

2. The time and service of the motion to remand is shortened.  Service of this order and the motion, including all supporting documents, shall be accomplished by May 18, 2011 no later 5:00 p.m.

3. All papers opposing the motion must be filed and served by May 25, 2011 no later than 5:00 p.m.

/////

-1-

ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND

4. After the papers have been filed, the court will determine whether a hearing on the motion is necessary. The parties may address the necessity for a hearing in their papers. The provisions of this court's standing order about length of documents shall control.

Dated: May 11, 2011.

_____
UNITED STATES DISTRICT JUDGE